# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Illinois

Case Number: 18-CV-1365

Plaintiff:
**Amber L. Tripp**
vs.
Defendant:
**Pan Am Collections, Inc., Daniel L. Kohlenberg**

For: Tomei Law

Received by Clutter Investigations Inc. DBA Courthouse Courier on the 27th day of March, 2018 at 9:24 am to be served on **Daniel L. Kohlenberg, 1208 E. Washington Street, Bloomington, IL 61701**. I, Denise Momcau do hereby affirm that on the 2 day of April, 2018 at 7:38 pm., executed service by delivering a true copy of the **Summons in a Civil Case; First Amended Complaint Jury Demanded; Document Preservation Demand; Notice Of Lien And Assignment; Certificate Of Service; and Exhibits A-F** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

**COMMENTS:** _____

Age 60   Sex (M) F   Race W   Height 5'8"   Weight 190   Hair gray   Glasses Y (N)

## RETURN OF SERVICE For 18-CV-1365

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

[signature]

4-3-18

PROCESS SERVER # 117-001126
Appointed in accordance with State Statutes

Clutter Investigations Inc. DBA Courthouse Courier
1 West Old State Capitol Plaza
Suite 818
Springfield, IL 62701
(217) 528-5997

Our Job Serial Number: 2018000561

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1e